UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60588-LEIBOWITZ

BETTINA BRUCK,
    *Plaintiff,*
v.

GOLDEN RIDGE INSURANCE
AGENCY, LLC,
    *Defendant.*
_____/

## ORDER

The parties filed a Joint Stipulation of Dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). [ECF No. 11]. Being fully advised, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in the Southern District of Florida on June 17, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record